# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**602**

**CAF 10-00597**

PRESENT: SCUDDER, P.J., FAHEY, CARNI, GREEN, AND GORSKI, JJ.

---

IN THE MATTER OF WILLIAM C.B.
--------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;                          MEMORANDUM AND ORDER

JUDY B., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

CHARLES J. GREENBERG, BUFFALO, FOR RESPONDENT-APPELLANT.

JOSEPH T. JARZEMBEK, BUFFALO, FOR PETITIONER-RESPONDENT.

DAVID C. SCHOPP, ATTORNEY FOR THE CHILD, THE LEGAL AID BUREAU OF
BUFFALO, INC., BUFFALO (CHARLES D. HALVORSEN OF COUNSEL), FOR WILLIAM
C.B.

---

Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered February 4, 2010 in a proceeding pursuant to Social Services Law § 384-b. The order denied the motion of respondent to vacate the order terminating her parental rights.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of William C.B.* ([appeal No. 1] ___ AD3d ___ [Apr. 29, 2011]).

Entered: April 29, 2011                          Patricia L. Morgan
                                                 Clerk of the Court